IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 21-MJ-333 |
| ) | |
| PAUL VON BERNEWITZ, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

Notice is hereby given that Andrew W. Grindrod and the Office of the Federal Public Defender for the Eastern District of Virginia will serve as appointed counsel for the defendant, Paul Von Bernewitz, in the above-captioned case. Mr. Grindrod, though not a member of this Court's bar, is appearing as an attorney who is employed by the United States or one of its agencies, pursuant to Local Criminal Rule 44.1(e).

Respectfully submitted,

_____/s/_____
Andrew W. Grindrod
Virginia State Bar No. 83943
Office of the Federal Public Defender, E.D. Va.
150 Boush Street, Suite 403
Norfolk, Virginia 23510
757-457-0860 (direct)
757-457-0880 (fax)
Andrew_Grindrod@fd.org